

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| TERESA CORRAL-LERMA, | § | No. 08-17-00201-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| BORDER DEMOLITION & ENVIRONMENTAL, INC., as a | § | of El Paso County, Texas |
| Corporation, RAUL SOLIS, individually, and BONNIE SOLIS, individually, | § | (TC# 2009-2631) |
|  | § |  |
| Appellees. |  |  |

**MEMORANDUM OPINION**

Pending before the Court is a motion for voluntary dismissal of Appellant Teresa Corral-Lerma's appeal.

On September 11, 2017, Appellant filed her notice of appeal. On November 6, 2017, this Court received a suggestion of bankruptcy and subsequently abated proceedings in accordance with the automatic bankruptcy stay. *See* TEX.R.APP.P. 8.2. On November 1, 2021, the Clerk of the Court issued a letter stating that this Court's previous abatement order required the parties to provide a proper motion and notification once bankruptcy proceedings had been concluded, and the Clerk requested a response be filed with this Court within 15 days. On November 3, 2021, Appellant filed a voluntary motion to dismiss contending that the matter at issue in this appeal had

been settled in bankruptcy court, and on November 12, 2021. Appellant provided a copy of a release showing the matter at issue in this appeal had been settled. Given that the automatic bankruptcy stay is apparently no longer in effect and the parties have resolved their dispute, we hereby grant the motion and dismiss this appeal. Each party is to pay their own costs of appeal.

JEFF ALLEY, Justice

November 29, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.